ed. Louis A. Jaffer, for appellant. Joseph Martin, for respondents.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

GENESEE NAT. SAVINGS & LOAN ASS'N v. ALLEN et al. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by the Genesee National Savings & Loan Association against Charles M. Allen and others. No opinion. Motion for leave to appeal to the court of appeals granted, and order to be settled before Justice LAUGHLIN on two days' notice.

GILES, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by John B. Giles against the Metropolitan Street-Railway Company. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

GONOROVSKY, Appellant, v. DRY DOCK, E. B. & B. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by Joseph Gonorovsky against the Dry Dock, E. B. & B. Co. J. J. O'Connell, for appellant. C. F. Brown, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GORDON, Respondent, v. CITY OF NIAGARA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by Gertrude Gordon against the city of Niagara Falls.

PER CURIAM. Order denying motion to vacate judgment, and for a new trial on the ground of newly-discovered evidence, reserved, without costs of this appeal, and motion granted, upon payment of all costs and disbursements after notice of trial, including $10 costs of the motion, by the defendant. All concur, except McLENNAN, J., who dissents.

In re GRANT. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) In the matter of the final judicial settlement of the accounts of Duncan R. Grant, as trustee under the will of Thomas O'Harra, deceased. No opinion. Decree of the surrogate unanimously affirmed, with costs.

GREENE, Appellant, v. GREENE, Respondent. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Action by Samuel B. Greene against Jennie L. Greene. No opinion. Order modified, by reducing the allowance from $30 to $10 per week, and, as so modified, affirmed. Order to be settled before CHASE, J.

GREGG, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. April 22, 1901.) Action by Harry Gregg against the Metropolitan Street-Railway Company. From a judgment in plaintiff's favor, defendant appeals. Affirmed.

Henry A. Robinson, for appellant. Matthew F. Ennis, for respondent.

PER CURIAM. Judgment affirmed, with costs.

GROSS v. SCHOELLKOPF, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Charles Gross against Jacob F. Schoellkopf. No opinion. Motion for reargument denied, with $10 costs. See 68 N. Y. Supp. 1139.

GROSS v. SCHOELLKOPF. (Supreme Court, Appellate Division, Fourth Department. April 2, 1901.) Action by Charles Gross against Jacob F. Schoellkopf. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 68 N. Y. Supp. 1139.

GUNSAUL, Respondent, v. GRANNIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by John S. Gunsaul against Charles W. Grannis and William P. O'Connor.

PER CURIAM. Order appealed from reversed, without costs to either party, and motion for leave to serve an amended answer herein granted, upon payment to the plaintiff's attorney of $10 costs of such motion and all costs and disbursements of the action subsequent to the service of the original answer, except the costs of the appeal to this court from the judgment, and upon the further condition that the defendants stipulate to waive their right in any event to the costs of such appeal, and that the defendants pay the costs herein allowed at or before the opening of the trial term on Wednesday morning, March 27, 1901, and stipulate to thereupon proceed with the trial of the action, at the plaintiff's election. Upon the payment of such costs and the giving of said stipulation the proposed amended answer to stand as served; but, in the event that these conditions are not complied with, the order appealed from is affirmed, with $10 costs and disbursements. All concur, except ADAMS, P. J., who dissents upon the ground that the denial of the motion was within the proper exercise of the discretionary power of the special term.

In re GWYNN. (Supreme Court, Appellate Division, Second Department. March 5, 1901.) In the matter of the application of St. Charles B. Gwynn for admission to practice in courts of record in the state of New York. No opinion. Motion granted.

HAAS v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by Joseph Haas, as administrator, against the Metropolitan Street-Railroad Company. No opinion. Motion granted, with $10 costs.

HAFFEN, Respondent, v. FREUND et al., Appellants. (Supreme Court, Appellate Term. April 22, 1901.) Action by John Haffen